IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER WEAVER | ) | NO. 3:02-CV-1328 (AHN) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFERY P. APUZZO | ) | |
| and RICHARD D. TULISANO | ) | |
| | ) | |
| Defendants. | ) | NOVEMBER 5, 2003 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. Pro. 56, Defendants Jeffery P. Apuzzo and Richard D. Tulisano, by and through their undersigned counsel, hereby move the Court for Summary Judgment. For the reasons set forth more fully in the attached Memorandum of Law, Defendants are entitled to judgment as a matter of law because there is no genuine issue of material fact that there is no contract between Plaintiff and Defendants, and that Plaintiff has failed to disclose an expert on the applicable standard of care.

Defendants hereby seek a determination by this Court that Defendants are entitled to judgment as a matter of law, and an Order dismissing with prejudice the action against them.

DEFENDANTS JEFFERY P. APUZZO
and RICHARD D. TULISANO


By: *Brenda M. Hamilton*
Brenda M. Hamilton
Ct23683
Richard F. Banbury of
Ct06847
ROME MCGUIGAN SABANOSH, P.C.
One State Street
Hartford CT  06082
Telephone:  860-549-1000
Telefax:  860-724-3921

## CERTIFICATION OF SERVICE

This is to certify that copies of the foregoing were served via First Class, U.S. Mail, postage prepaid, on this 5th day of November, 2003, upon the following attorneys of record:

John R. Williams, Esq.
WILLIAMS & PATTIS
51 Elm Street
New Haven, CT  06510

*Brenda M. Hamilton*
Brenda M. Hamilton

7647-20//363604

2