UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
PETER WEAVER                          )        NO. 3:02-CV-1328 (AHN)
                                      )
    Plaintiff,                        )
                                      )
    v.                                )
                                      )
JEFFERY P. APUZZO                     )
and RICHARD D. TULISANO               )
                                      )
    Defendants.                       )        JUNE ___, 2004
---------------------------------------------------------x

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT JEFFERY P. APUZZO

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate to the dismissal with prejudice of all claims against Defendant Jeffery Apuzzo in this action, without costs or attorneys' fees, to any party.

                                    PLAINTIFF
                                    PETER WEAVER

                                    _____

                                    John R. Williams, Esq.
                                    ct00215
                                    WILLIAMS & PATTIS
                                    51 Elm Street
                                    New Haven, CT  06510
                                    (203)562-9931
                                    Fax:  (203) 776-9494
                                    Counsel for the Plaintiff

DEFENDANTS
JEFFERY APUZZO and
RICHARD TULISANO

---

Brenda M. Hamilton
ct23683
Richard F. Banbury
ct06847
ROME McGUIGAN SABANOSH, P.C.
One State Street
Hartford, CT 06103-3101
(860) 549-1000
Fax: (860) 724-3921
Counsel for the Defendants

7647-22097//366086

- 2 -

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726