21

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED 2004 JUN -7 P 2:04 U.S. DISTRICT COURT BRIDGEPORT, CONN.

-------------------------------------------------x
PETER WEAVER                    )    NO. 3:02-CV-1328 (AHN)
                                )
    Plaintiff,                  )
                                )
    v.                          )
                                )
JEFFERY P. APUZZO               )
and RICHARD D. TULISANO         )
                                )     MAY
    Defendants.                 )     ~~JUNE~~ 26, 2004
-------------------------------------------------x

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT JEFFERY P. APUZZO

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate to the dismissal with prejudice of all claims against Defendant Jeffery Apuzzo in this action, without costs or attorneys' fees, to any party.

FILED 2004 JUN -9 P 5:11 U.S. DISTRICT COURT BRIDGEPORT, CONN.

PLAINTIFF
PETER WEAVER

/s/ John R. Williams

John R. Williams, Esq.
ct00215
WILLIAMS & PATTIS
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
Counsel for the Plaintiff

6/08/04 APPROVED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.

*Rome McGuigan Sabanosh, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726