UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER WEAVER<br>    Plaintiff, | :<br>:<br>: |
| v. | :   Case No. : 3:02-CV-1328 (AHN)<br>: |
| JEFFREY P. APUZZO<br>and RICHARD D. TULISANO<br>    Defendants | :<br>:<br>:   August 12, 2004 |

## PETITION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 15 of the United States District Court for the District of Connecticut, Brenda M. Hamilton, an attorney of record for the defendants Jeffrey P. Apuzzo and Richard D. Tulisano, in the above-entitled action, petitions the Court for permission to withdraw her appearance filed on or about August 26 2002 as an attorney of record for the defendants, Jeffrey P. Apuzzo and Richard D. Tulisano. This petition is based on the grounds that undersigned counsel is resigning her employment at the law firm of Rome McGuigan, P.C. Attorney Richard F. Banbury of the firm of Rome McGuigan, P.C. continues to actively represent defendant, and has an appearance on file.

*/s/ Brenda M. Hamilton*
Brenda M. Hamilton
Federal Bar No.: ct023683
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT 06103
Phone: (860)549-1000
Fax: (860) 724-3921
Email: bhamilton@rms-law.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class U.S. mail, postage prepaid, this 12th *13th* day of August, 2004, to the following:

John R. Williams, Esq.
Williams & Pattis
51 Elm St.
New Haven, CT  06510


*Brenda M. Hamilton*
Brenda M. Hamilton

7647-20/

2