FILED

2004 AUG 19 P 12: 24

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER WEAVER
  Plaintiff,

v.            Case No. : 3:02-CV-1328 (AHN)

JEFFREY P. APUZZO
and RICHARD D. TULISANO
  Defendants      August 12, 2004

### PETITION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 15 of the United States District Court for the District of Connecticut, Brenda M. Hamilton, an attorney of record for the defendants Jeffrey P. Apuzzo and Richard D. Tulisano, in the above-entitled action, petitions the Court for permission to withdraw her appearance filed on or about August 26 2002 as an attorney of record for the defendants, Jeffrey P. Apuzzo and Richard D. Tulisano. This petition is based on the grounds that undersigned counsel is resigning her employment at the law firm of Rome McGuigan, P.C. Attorney Richard F. Banbury of the firm of Rome McGuigan, P.C. continues to actively represent defendant, and has an appearance on file.

                Brenda M. Hamilton
                Federal Bar No.: ct023683
                Rome McGuigan Sabanosh, P.C.
                One State Street
                Hartford, CT 06103
                Phone: (860)549-1000
                Fax: (860) 724-3921
                Email: bhamilton@rms-law.com

*Margin annotation:* 8/30/04. GRANTED. SO ORDERED. ALAN H. NEVAS, U.S.D.J.