UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER WEAVER | : | **APPEARANCE** |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. : 3:02-CV-1328 (AHN) |
| | : | |
| JEFFREY P. APUZZO | : | |
| and RICHARD D. TULISANO | : | |
| Defendants | : | March 4, 2005 |

TO:   Chief Clerk
      United States District Court

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case as counsel for the defendant Richard D. Tulisano only.

Date: March 4, 2005

*(signature)*
Bridget M. Ciarlo, ct 418913
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT 06103
Phone: (860)549-1000
Fax: (860) 724-3921
Email: bciarlo@rms-law.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, via first-class mail this 4th day of March, 2005, to the following:

John R. Williams, Esq.
WILLIAMS AND PATTIS
51 Elm Street
New Haven, CT  06510

*[signature]*
Bridget M. Ciarlo

395885

2

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726