UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER WEAVER | : |
| v | :   3:02cv1328 (AHN) |
| JEFFREY P. APUZZO<br>RICHARD D. TULISANO | : |

J U D G M E N T

    This matter came on before the Honorable Alan H. Nevas, United States District Judge, as a result of the defendant's motion for summary judgment.

    The Court heard oral argument on March 14, 2005 and has reviewed all of the papers filed in conjunction with the motion. On March 31, 2005 a ruling on Defendant's Motion for Summary Judgment was entered by the Court granting defendant's motion. On June 2004, the Court Ordered the Stipulation of Dismissal as to Jeffrey P. Apuzzo.

    Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant Richard D. Tulisano and the case is closed.

    Dated a Bridgeport, Connecticut, this 31st day of March, 2005.

                                                              Kevin F. Rowe, Clerk

                                                             By /s/ Alice Montz
                                                                   Deputy Clerk

Entered on Docket _____