UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER WEAVER | : | |
| | : | |
| VS. | : | NO. 3:02CV1328 (AHN) |
| | : | |
| JEFFERY P. APUZZO and | : | |
| RICHARD D. TULISANO | : | APRIL 2, 2005 |

## MOTION FOR RECONSIDERATION

The plaintiff respectfully moves for reconsideration of this court's ruling granting summary judgment in favor of the defendant Tulisano. In support of this motion, he represents as follows:

The court based its ruling on its understanding that undersigned counsel had asserted at oral argument that did not intend to call any expert witnesses at trial. That is a misunderstanding. The undersigned in fact stated that he had not thought that an expert was necessary but that, in the light of the Appellate Court's intervening ruling in *Celentano v. Grudberg*, 76 Conn. App. 119 (2003), he now would seek to call such a witness. The undersigned has a very distinct memory of making that representation to the court. Accordingly, the ruling should be reconsidered.

THE PLAINTIFF

BY_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street, Suite 409
        New Haven, CT 06510
        (203) 562-9931
        FAX: (203) 776-9494
        E-Mail: jrw@johnrwilliams.com
        His Attorney

**CERTIFICATION OF SERVICE**

On the date above stated, a copy hereof was mailed to Attorney Richard F. Banbury at Rome McGuigan, P.C., One State Street, Hartford, CT 06103.

_____
JOHN R. WILLIAMS